IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: November 05, 2009

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-21320/0629595786

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-19705-SSC |
| Marlin K. Posvar, Jr | Chapter 13 |
|        Debtors. | O R D E R |
| Wells Fargo Bank, N.A. | (Related to Docket # 12) |
|        Movant, | |
|   vs. | |
| Marlin K. Posvar, Jr, Debtors; Russell A. Brown, Trustee. | |
|        Respondents. | |

This matter having come before the Court for a Preliminary Hearing on October 29, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Bill King, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated June 5, 2003, and recorded on, in the office of the

Maricopa County Recorder at wherein Wells Fargo Bank, N.A. is the current beneficiary and Marlin K. Posvar, Jr have an interest in, further described as:

    Lot 126, Grandview Estates, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in book 512 of maps, page 37.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

                                                              _____
                                                              JUDGE OF THE U.S. BANKRUPTCY COURT